# EXHIBIT 4

**TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Batch 2421, List 1    For operator HA

| Vendor Code | Name | Invoice Number | Type | Status | Inv. Date | Due Date | Discount % | Discount Date | Cur Pd? | GL Acct | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0091 | Trepal Photography, Inc. | 14172 | PROD | HOLD | 06/09/98 | 08/15/98 | 0.000 | | Y | 3001.00 Cr | 4,247.50 |
| | | | | | | | | | | 7020.00 Dr | 4,247.50 |
| | Client-Job | P.O.# | Complete | B/C | | Net Amount | | Markup Amt | Description | | |
| | 5004-0320 | 04716 | Yes | 020 | | 4,247.50 | | 849.50 | Trepal Photography, Inc. | | |
| 0108 | Beachcomber Studio | 105 | PROD | HOLD | 06/09/98 | 07/15/98 | 0.000 | | Y | 3001.00 Cr | 400.00 |
| | | | | | | | | | | 7015.00 Dr | 400.00 |
| | Client-Job | P.O.# | Complete | B/C | | Net Amount | | Markup Amt | Description | | |
| | 9300-0123 | 04739 | Yes | 015 | | 400.00 | | 70.60 | Beachcomber Studio | | |
| 0598 | Photographic Edge | 2250 | PROD | HOLD | 06/08/98 | 07/15/98 | 0.000 | | Y | 3001.00 Cr | 2,489.61 |
| | | | | | | | | | | 7020.00 Dr | 2,489.61 |
| | Client-Job | P.O.# | Complete | B/C | | Net Amount | | Markup Amt | Description | | |
| | 2800-0139 | 04718 | Yes | 020 | | 2,489.61 | | 497.92 | Photographic Edge | | |
| 0601 | PRuufREADERS | 98-26 | PROD | HOLD | 06/06/98 | 07/15/98 | 0.000 | | Y | 3001.00 Cr | 45.00 |
| | | | | | | | | | | 7250.00 Dr | 45.00 |
| | Client-Job | P.O.# | Complete | B/C | | Net Amount | | Markup Amt | Description | | |
| | 5004-0295 | 04736 | Yes | 061 | | 0.00 | | 0.00 | PRuufREADERS-see proofreading | | |
| 0649 | Kevin H. Kolke | 1450-0351 | PROD | HOLD | 06/01/98 | 07/15/98 | 0.000 | | Y | 3001.00 Cr | 200.00 |
| | | | | | | | | | | 7250.00 Dr | 200.00 |
| | Client-Job | P.O.# | Complete | B/C | | Net Amount | | Markup Amt | Description | | |
| | 1450-0351 | 04729 | Yes | 011 | | 0.00 | | 0.00 | Kevin Kolke-see copy | | |
| 0649 | Kevin H. Kolke | 9400-0134 | PROD | HOLD | 06/01/98 | 07/15/98 | 0.000 | | Y | 3001.00 Cr | 120.00 |
| | | | | | | | | | | 7250.00 Dr | 120.00 |
| | Client-Job | P.O.# | Complete | B/C | | Net Amount | | Markup Amt | Description | | |
| | 9400-0134 | 04721 | Yes | 011 | | 0.00 | | 0.00 | Kevin Kolke-SEE COPY | | |
| 0716 | Reliable Runners Courier | 80776 | PROD | HOLD | 06/07/98 | 07/15/98 | 0.000 | | Y | 3001.00 Cr | 71.50 |
| | | | | | | | | | | 7075.00 Dr | 71.50 |
| | Client-Job | P.O.# | Complete | B/C | | Net Amount | | Markup Amt | Description | | |
| | 0800-0137 | | No | 075 | | 11.75 | | 2.35 | Reliable Runners Courier | | |
| | 2800-0139 | | No | 075 | | 11.75 | | 2.35 | Reliable Runners Courier | | |
| | 5004-0295 | | No | 075 | | 29.25 | | 5.85 | Reliable Runners Courier | | |
| | 9300-0100 | | No | 075 | | 18.75 | | 3.31 | Reliable Runners Courier | | |
| 0725 | Douglas Mazanec | 10472 | PROD | HOLD | 06/01/98 | 07/15/98 | 0.000 | | Y | 3001.00 Cr | 325.00 |
| | | | | | | | | | | 7250.00 Dr | 325.00 |
| | Client-Job | P.O.# | Complete | B/C | | Net Amount | | Markup Amt | Description | | |
| | 2800-0175 | 04732 | Yes | 011 | | 0.00 | | 0.00 | Douglas Mazanec-SEE COPY | | |
| 0725 | Douglas Mazanec | 10474 | PROD | HOLD | 06/06/98 | 07/15/98 | 0.000 | | Y | 3001.00 Cr | 100.00 |
| | | | | | | | | | | 7250.00 Dr | 100.00 |
| | Client-Job | P.O.# | Complete | B/C | | Net Amount | | Markup Amt | Description | | | |

09/01/98  11:*?:22
AP
Page 10

# VENDOR INVOICE ACTIVITY LIST
Saifman, Richards and Associates, Inc.

Batch 2457, List 2    For operator HA

| Vendor Code | Name | | | | Invoice Number | Type | Status | Inv. Date | Due Date | Discount % | Discount Date | Cur Pd? | GL Acct | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0762 | Public Relations Part Inc | | | | XSR-201006 | PROD | HOLD | 07/14/98 | 09/15/98 | 0.000 | | Y | 3001.00 Cr | | 754.08 |
| | | | | | | | | | Markup Amt | 142.80 | Description | Public Relations Part-TO 550 | 7080.00 Dr | | 673.20 |
| | | | | | | | | | | 16.18 | | Public Relations Part-TO 550 | 7090.00 Dr | | 80.88 |
| | Public Relations Part Inc | | | | XSR-201007 | PROD | HOLD | 08/10/98 | 10/10/98 | 0.000 | | Y | 3001.00 Cr | | 96.52 |
| | | | | | | | | | Markup Amt | 18.64 | Description | Public Relations Part-TO 550 | 7080.00 Dr | | 87.86 |
| | | | | | | | | | | 1.73 | | Public Relations Part-TO 550 | 7090.00 Dr | | 8.66 |
| | Client-Job | P.O.# | Complete | B/C | | | | | | | | | | | |
| | 5900-0144 | | No | 080 | | | | | | | | | | | |
| | 5900-0144 | | No | 090 | | | | | | | | | | | |
| 0762 | Public Relations Part Inc | | | | XSR-201106 | PROD | HOLD | 07/14/98 | 09/15/98 | 0.000 | | Y | 3001.00 Cr | | 856.76 |
| | | | | | | | Net Amount | 856.76 | Markup Amt | 181.74 | Description | Public Relations Part-TO 550 | 7080.00 Dr | | 856.76 |
| | Client-Job | P.O.# | Complete | B/C | | | | | | | | | | | |
| | 5900-0144 | | No | 080 | | | | | | | | | | | |
| 0762 | Public Relations Part Inc | | | | XSR-201107 | PROD | HOLD | 08/10/98 | 10/10/98 | 0.000 | | Y | 3001.00 Cr | | 291.06 |
| | | | | | | | Net Amount | 291.06 | Markup Amt | 61.74 | Description | Public Relations Part-TO 550 | 7080.00 Dr | | 291.06 |
| | Client-Job | P.O.# | Complete | B/C | | | | | | | | | | | |
| | 5900-0144 | | No | 080 | | | | | | | | | | | |
| 0762 | Public Relations Part Inc | | | | XSR-201206 | PROD | HOLD | 07/14/98 | 09/15/98 | 0.000 | | Y | 3001.00 Cr | | 775.12 |
| | | | | | | | Net Amount | 763.12 | Markup Amt | 161.88 | Description | Public Relations Part-TO 550 | 7080.00 Dr | | 763.12 |
| | | | | | | | | 12.00 | | 2.40 | | Public Relations Part Inc | 7075.00 Dr | | 12.00 |
| | Client-Job | P.O.# | Complete | B/C | | | | | | | | | | | |
| | 5900-0144 | | No | 080 | | | | | | | | | | | |
| | 5900-0144 | | No | 075 | | | | | | | | | | | |
| 0762 | Public Relations Part Inc | | | | XSR-201207 | PROD | HOLD | 08/10/98 | 10/10/98 | 0.000 | | Y | 3001.00 Cr | | 1,249.18 |
| | | | | | | | Net Amount | 931.84 | Markup Amt | 197.66 | Description | Public Relations Part-TO 550 | 7080.00 Dr | | 931.84 |
| | | | | | | | | 317.34 | | 63.47 | | Public Relations Part Inc | 7090.00 Dr | | 317.34 |
| | Client-Job | P.O.# | Complete | B/C | | | | | | | | | | | |
| | 5900-0144 | | No | 080 | | | | | | | | | | | |
| | 5900-0144 | | No | 090 | | | | | | | | | | | |
| 0769 | Beachcomber Studio | | | | 114 | PROD | HOLD | 08/14/98 | 09/15/98 | 0.000 | | Y | 7015.00 Dr | | 550.00 |
| | | | | | | | Net Amount | 550.00 | Markup Amt | 55.00 | Description | Beachcomber Studio-TO BROADCAST | | | 550.00 |
| | Client-Job | P.O.# | Complete | B/C | | | | | | | | | | | |
| | 9300-0123 | 04825 | Yes | 015 | | | | | | | | | | | |
| 0772 | Disk-O-Tape, Inc. | | | | 51780 | PROD | HOLD | | | | | Y | 3001.00 Cr | | 114.10 |
| | | | | | | | | | | | | | 7090.00 Dr | | 114.10 |
| | Client-Job | P.O.# | Complete | B/C | | | | | | | | | | | |



# VENDOR INVOICE ACTIVITY LIST
## Saifman, Richards and Associates, Inc.

Batch 2450, List 1    For operator HA

| Vendor Code | Name | | | Invoice Number | Type | Status | Inv. Date | Due Date | Discount % | Discount Date | Cur Pd? | GL Acct | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0218 | Beachwood Studios | | | 307486 | PROD | HOLD | 08/03/98 | 08/31/98 | 0.000 | | N | 3001.00 Cr | 56.50 |
| | Client-Job | P.O.# | Complete | B/C | | | | Markup Amt | Description | | | 7055.00 Dr | 56.50 |
| | 9300-0124 | | No | 055 | | | Net Amount 56.50 | | 9.97 | Beachwood Studios | | | |
| 0218 | Beachwood Studios | | | 307499 | PROD | HOLD | 08/05/98 | 08/31/98 | 0.000 | | N | 3001.00 Cr | 56.50 |
| | Client-Job | P.O.# | Complete | B/C | | | | Markup Amt | Description | | | 7055.00 Dr | 56.50 |
| | 9300-0124 | | No | 055 | | | Net Amount 56.50 | | 9.97 | Beachwood Studios | | | |
| 0716 | Reliable Runners Courier | | | 83558 | PROD | HOLD | 08/09/98 | 09/15/98 | 0.000 | | N | 3001.00 Cr | 113.10 |
| | Client-Job | P.O.# | Complete | B/C | | | Net Amount | Markup Amt | Description | | | 7075.00 Dr | 113.10 |
| | 5004-0334 | | No | 075 | | | 11.75 | 2.35 | Reliable Runners Courier | | | | |
| | 6200-0188 | | No | 075 | | | 11.75 | 2.35 | Reliable Runners Courier | | | | |
| | 5900-0138 | | No | 075 | | | 44.80 | 8.96 | Reliable Runners Courier | | | | |
| | 5004-0347 | | No | 075 | | | 44.80 | 8.96 | Reliable Runners Courier | | | | |
| 0718 | Cyclonics, Inc. | | | 16322 | PROD | HOLD | 08/07/98 | 08/31/98 | 0.000 | | N | 3001.00 Cr | 4,707.00 |
| | Client-Job | P.O.# | Complete | B/C | | | Net Amount | Markup Amt | Description | | | 7065.00 Dr | 4,707.00 |
| | 5004-0347 | | Yes | 065 | | | 4,707.00 | 941.40 | Cyclonics, Inc. | | | | |
| 0737 | International Video Cntr. | | | 32436 | PROD | HOLD | 08/05/98 | 09/15/98 | 0.000 | | N | 3001.00 Cr | 168.00 |
| | Client-Job | P.O.# | Complete | B/C | | | Net Amount | Markup Amt | Description | | | 7055.00 Dr | 168.00 |
| | 5004-0344 | | Yes | 055 | | | 168.00 | 33.60 | International Video Cntr. | | | | |
| **0769** | **Beachcomber Studio** | | | 113 | PROD | HOLD | **08/10/98** | 09/15/98 | 0.000 | | N | 3001.00 Cr | **450.00** |
| | Client-Job | P.O.# | Complete | B/C | | | Net Amount | Markup Amt | Description | | | 7015.00 Dr | **450.00** |
| | **9300-0123** | **04825** | **Yes** | 015 | | | 450.00 | 79.43 | Beachcomber Studio | | | | |
| 0780 | Chromatech | | | 13413 | PROD | HOLD | 08/05/98 | 09/15/98 | 0.000 | | N | 3001.00 Cr | 44.75 |
| | Client-Job | P.O.# | Complete | B/C | | | Net Amount | Markup Amt | Description | | | 7028.00 Dr | 44.75 |
| | 5075-0102 | 04827 | Yes | 028 | | | 44.75 | 8.95 | Chromatech | | | | |
| 0780 | Chromatech | | | 13416 | PROD | HOLD | 08/06/98 | 09/15/98 | 0.000 | | N | 3001.00 Cr | 21.75 |
| | Client-Job | P.O.# | Complete | B/C | | | Net Amount | Markup Amt | Description | | | 7028.00 Dr | 21.75 |
| | 5075-0102 | 04841 | Yes | 028 | | | 21.75 | 4.35 | Chromatech | | | | |
| 0781 | Commercial Recording, Inc. | | | 57483 | PROD | HOLD | 08/12/98 | 09/30/98 | 0.000 | | N | 3001.00 Cr | 190.00 |
| | Client-Job | P.O.# | Complete | B/C | | | Net Amount | | Markup Amt | Description | | 7055.00 Dr | 190.00 |