

# ROETZEL
FOCUSED ON WHAT MATTERS TO YOU

REMIT TO ADDRESS:
222 S. Main Street
Akron, Ohio 44308-2098
PHONE (330) 376-2700
FAX (330) 376-4577
RAMAIL@RALAW.COM

FEDERAL TAX ID #34-1245415

EMAIL INVOICES TO: wrasche@amfam.com
AMERICAN FAMILY INSURANCE GROUP
ATTN: BILL RASCHE
6000 AMERICAN PARKWAY
MADISON, WI 53783

Invoice: 1067632
Client/Matter: 105668.0036
April 29, 2014

For Professional Services Rendered
For The Period Through April 29, 2014

| Total Due This Invoice | $ 1,989.00 |
| --- | --- |

Re: REPRESENTATION FOR OHIO SUBPOENA IN
SATIJA V. PERMANENT GENERAL ASSURANCE
CORPORATION OF OHIO

| Date | Initials | Task | Activity | Description | Hours | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 04/16/14 | NP | L250 | A104 | Receipt and review of trial subpoena of Daniel Kelly. | 0.20 | 51.00 |
| 04/17/14 | NP | L250 | A108 | Drafted correspondence to opposing counsel regarding withdrawal of trial subpoena. | 0.40 | 102.00 |
| 04/22/14 | NP | L250 | A102 | Researched federal case law regarding (1) territorial limitations on a nonparty subpoena and (2) sanctions and attorneys' fees for improper subpoenas. | 2.90 | 739.50 |
| 04/23/14 | NP | L250 | A103 | Drafted motion to quash trial subpoena. | 2.80 | 714.00 |
| 04/24/14 | NP | L250 | A103 | Drafted statement and affidavit in support of attorneys' fees. | 1.50 | 382.50 |
| Professional Services | | | | | $ | 1,989.00 |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
| --- | --- | --- | --- |
| ASSOCIATE | | | |
| Nathan Pangrace | 7.80 | 255.00 | 1,989.00 |



EXHIBIT
B
tabbies



105668.0036
REPRESENTATION FOR OHIO SUBPOENA IN
SATIJA V. PERMANENT GENERAL ASSURANCE
CORPORATION OF OHIO

Invoice: 1067632
April 29, 2014
Page 2

| | | |
|---|---|---|
| Totals | 7.80 | 1,989.00 |
| **Invoice Total** | | $ __1,989.00__ |



REMIT TO ADDRESS:
222 S. Main Street
Akron, Ohio 44308-2098
PHONE (330) 376-2700
FAX (330) 376-4577
RAMAIL@RALAW.COM

FEDERAL TAX ID #34-1245415

# REMITTANCE PAGE
For Professional Services Rendered

EMAIL INVOICES TO: wrasche@amfam.com
AMERICAN FAMILY INSURANCE GROUP
ATTN: BILL RASCHE
6000 AMERICAN PARKWAY
MADISON, WI 53783

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice: 1067632
Client/Matter: 105668.0036
Billing Atty: DMH
April 29, 2014

GO GREEN!

TO RECEIVE INVOICES BY EMAIL ONLY,

EMAIL US AT ramail@ralaw.com

Remit To Address:
222 S. Main Street
Akron, OH 44308-2098

Wire/ACH Instructions
Chase Bank
50 S. Main Street
Akron, OH 44308
ACH Routing Number 044000037
Wire Routing Number 021000021
Account Number 872113898
Swift Code CHASUS33

**Invoice Total**                                                    **$     1,989.00**

ROETZEL & ANDRESS
A LEGAL PROFESSIONAL ASSOCIATION

CHICAGO · WASHINGTON, D.C. · CLEVELAND · TOLEDO · AKRON · COLUMBUS · CINCINNATI
ORLANDO · FORT MYERS · NAPLES · FORT LAUDERDALE · TALLAHASSEE · NEW YORK